JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 14-1517 JVS (DFMx) | Date | September 30, 2014 |
| Title | Aquirre v. Portfolio Associates, LLC | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to the Superior Court of the State of California for the County of Orange

      The Court has reviewed the Notice of Removal ("Notice") filed by Portfolio Recovery Associates, LLC ("Portfolio") on September 19, 2014. The Notice purports to invoke this Court's jurisdiction on the basis of a federal question, 28 U.S.C. § 1331. (Notice, ¶ 3.)

      However, no federal statute is invoked in plaintiff Theresa Aquirre's ("Aquirre") small claims complaint. She merely states, "Defendant has violated several sections of the fair debt collection act multiple times." (Complaint, ¶ 3.) In the absence of at least the word "federal," it is equally plausible that Aquirre is proceeding on a state statutory theory under the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788 et seq. The damages she seeks per violation is the statutory maximum per violation provided under the Rosenthal Act. Cal. Civ. Code § 1788.30(b).

      The case is remanded to the Superior Court for the County of Orange for lack of jurisdiction.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |